

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |
|---|---|
| § | No. 08-15-00036-CV |
| § | Appeal from |
| IN THE INTEREST OF Z.S., A CHILD. § | 394th District Court |
| § | of Presidio County, Texas |
| § | (TC # 7472) |
| § |  |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that because Appellant is indigent, no order regarding costs is made. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF MAY, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.